UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

517 E. Wisconsin Avenue, Room 362

Milwaukee, WI. 53202

07/08/2013.

Case No. 13-CV-00102

FELIX C. ONUKWUGHA,

          Plaintiff,

  V,

BRIGGS & STRATTON, and

COOPER POWER SYSTEMS, LLC,

          Defendants.


Dear District Judge: LYNN ADELMAN,

### REQUEST FOR EXTENSION OF TIME TO SERV SUMMONS TO THE DEFENDANTS: COOPER POWER SYSTEMS and BRIGGS & STRATTONS, LLC.

I, Felix C. Onukwugha, hereby request for an extension of time to properly serve SUMMONS to the Defendants and submit the affidavit of service to your office as soon as possible.

The civil process service via the MILWAUKEE COUNTY SHERIFF OFFICE received the SUMMONS on 06/28/13, at 15:46:22 EDT. TRANSACTION REFERENCE # 10470342, &, # 10470366, Docket # 503070 & Docket # 503071.

They were told the deadline to serve SUMMOMS will be on July 8, 2013. Their process service with the STATES PROCESS SERVICE, INC, at 9203 WEST BLUEMOUND ROAD MILWAUKEE WISCONSIN, 53226, PHONE # 414 256 7000 was not able to deliver the SUMMONS as of today July 8, 2013.

Hence my request for EXTENSION OF TIME TO serve SUMMONS and obtained an AFIDAVITT OF SERVICE to present to your office before today July 8, 2013 as per your letter dated June 17, 2013.

Therefore, I, Felix C. Onukwugha, humbly request an EXTENSION OF TIME TO PROPERLY SUBMITT to your office an AFIDAVITT of service as soon I have them.

I therefore thank you in advance for your cooperation's in this regards.

Sincerely,

Felix C. Onukwugha.

07/08/2013



Print this page



The Simple Way To Pay

24 Hour Customer Service #: 888-604-7888

# CIVIL PROCESS, WRITS, EVICTIONS, INVOICE BALS Payment Confirmation

| | | | |
|---|---|---|---|
| **PLC #:** | MILWAUKEE COUNTY SHERIFF | **DATE:** | 06/28/13 |
| 6923 | 821 W STATE ST - RM 209 | | |
| | MILWAUKEE, WI 53233 | | |
| | FOR: CIVIL PROCESS, WRITS, EVICTIONS, INVOICE BALS | | |

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Name: | FELIX ONUKWUGHA | TRANSACTION REFERENCE #: | 10470366 |
| Cardholder Authorization: | YES | TRANSACTION DATE/TIME: | 06/28/2013 15:48:57 EDT |
| Docket #: | [redacted] | | |
| Case #: | | | |
| Daytime Phone #: | 414-462-3290 | | |
| Type of Payment: | CIVIL PROCESS $60 | | |
| PFIN: | | | |

### CARDHOLDER INFORMATION | PAYMENT INFORMATION

| | | | |
|---|---|---|---|
| NAME: | FELIX FELIX C ONUKWUGHA | APPROVAL #: | 003381 |
| ADDRESS: | MSR MSR | PAYMENT AMOUNT: | $60.00 |
| CITY, STATE ZIP: | MSR, AL MSR | SERVICE FEE: | $2.50 |
| PHONE #: | 000000000 | TOTAL AMOUNT: | $62.50 |
| CARD #: | xxxx-xxxx-xxxx-8722 | | |

The service fee is not refundable.

**ATTENTION CARDHOLDER:**
This payment has been sent to MILWAUKEE COUNTY SHERIFF. Contact MILWAUKEE COUNTY SHERIFF for questions regarding acceptance or posting of this payment. Your statement will reflect a charge from GovPayNet/MILWAUKEE COU.

Thank you for using GovPayNet

© 2007 Government Payment Service, Inc.                                                          Form #: EUR

9203 W. Bluemound
Milwaukee, WI 53226
414 256 7000 phone



**GOVPAYNET.**
The Simple Way To Pay

24 Hour Customer Service #: 888-604-7888

# CIVIL PROCESS, WRITS, EVICTIONS, INVOICE BALS Payment Confirmation

| | | | |
|---|---|---|---|
| PLC #: | MILWAUKEE COUNTY SHERIFF | DATE: | 06/28/13 |
| 6923 | 821 W STATE ST - RM 209 | | |
| | MILWAUKEE, WI 53233 | | |
| | FOR: CIVIL PROCESS, WRITS, EVICTIONS, INVOICE BALS | | |

## TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| Name: | FELIX C ONUKWUGHA | TRANSACTION REFERENCE #: | 10470342 |
| Cardholder Authorization: | YES | TRANSACTION DATE/TIME: | 06/28/2013 15:46:22 EDT |
| Docket #: | [redacted] | | |
| Case #: | | | |
| Daytime Phone #: | 414-462-3290 | | |
| Type of Payment: | CIVIL PROCESS $60 | | |
| PFIN: | | | |

| CARDHOLDER INFORMATION | | PAYMENT INFORMATION | |
|---|---|---|---|
| NAME: | FELIX FELIX C ONUKWUGHA | APPROVAL #: | 017041 |
| ADDRESS: | MSR MSR | PAYMENT AMOUNT: | $60.00 |
| CITY, STATE ZIP: | MSR, AL MSR | SERVICE FEE: | $2.50 |
| PHONE #: | 000000000 | TOTAL AMOUNT: | $62.50 |
| CARD #: | xxxx-xxxx-xxxx-8722 | | |

**The service fee is not refundable.**

### ATTENTION CARDHOLDER:
This payment has been sent to MILWAUKEE COUNTY SHERIFF. Contact MILWAUKEE COUNTY SHERIFF for questions regarding acceptance or posting of this payment. Your statement will reflect a charge from GovPayNet/MILWAUKEE COU.

**Thank you for using GovPayNet**

© 2007 Government Payment Service, Inc.                                         Form #: EUR

https://www.govpaynow.com/gps/receipt?id=10470342&token=1            6/28/2013