United States District Court
Eastern District of Wisconsin

Felix C. Onukwugha,

    Plaintiff,

    v.   Civil Action No.: 13-CV-102

Cooper Power Systems and
Briggs & Stratton,

    Defendants.

## DEFENDANT'S MOTION TO DISMISS

The Defendant, Cooper Power Systems ("Cooper"), by and through its attorneys, Albrecht Labor & Employment Law, S.C., moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Plaintiff's Complaint. In support of its Motion, Cooper States as follows:

    1.    The Complaint alleges that Cooper unlawfully retaliated and discriminated against the Plaintiff.

    2.    The Retaliation Claim must be dismissed because the Plaintiff has offered no factual support for the Claim and because the Claim is legally deficient.

    3.    The Discrimination Claim must be dismissed because the Plaintiff has offered no factual support for the Claim and because the Claim is legally deficient.

4. In further support of its Motion, Cooper incorporates the attached brief.

Dated: July 29, 2013

/s/ Peter L. Albrecht

Peter L. Albrecht
State Bar No.: 01022450

Attorneys for Cooper Power Systems, Defendant.

Albrecht Backer Labor & Employment Law, S.C.
131 West Wilson Street, Suite 1202
Madison, Wisconsin 53703
Ph: (608) 441-1396
Fx: (608) 441-1395
Email: pete@abemploymentlaw.com