UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FELIX C. ONUKWUGHA,
        Plaintiff,

    v.                                    Case No. 13-CV-00102

BRIGGS & STRATTON, and
COOPER POWER SYSTEMS, LLC,
        Defendants.

## ORDER

Pro se plaintiff Felix Onukwugha is suing defendants under 28 U.S.C. § 1983. On July 29, 2013, defendant Cooper Power Systems, LLC filed a motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), and on August 6, 2013, defendant Briggs & Stratton filed a motion to sever under Fed. R. Civ. P. 21 and 41. Plaintiff has not yet responded to either of these motions. Plaintiff is hereby notified that he has until September 26, 2013 to respond to these motions. If plaintiff fails to respond by this deadline, the motions will be granted as unopposed and the case will be dismissed for lack of prosecution. *See* Civil L.R. 7(d), 41(c) (E.D. Wis.).

**THEREFORE, IT IS ORDERED** that plaintiff has until September 26, 2013 to file a response to defendants' motions.

Dated at Milwaukee, Wisconsin, this 5th day of September, 2013.

                                                      s/ Lynn Adelman
                                                      _____
                                                      LYNN ADELMAN
                                                      District Judge